**FILED**
CLERK, U.S. DISTRICT COURT

March 17, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MARTINEZ, <br><br> Defendant. | ) NO. 2:08-CR-01191-GW-1 <br> ) <br> ) <br> ) **ORDER OF DETENTION AFTER** <br> ) **HEARING** <br> ) <br> ) [Fed. R. Crim. P. 32.1(a)(6); <br> ) 18 U.S.C. § 3143(a)] <br> ) |

The defendant having been arrested in Lompoc, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue; the defendant's history of failures to appear; and violating location monitoring while on supervision.

and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue; and the defendant's criminal history, including an alleged new crime of assault and violating an active order of protection.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 17, 2026

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

2